JOHN W. HUBER, United States Attorney (#7226)
HOLLY R. SHICK, Assistant United States Attorney (#15801)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT
SEALED
2016 JUL 27 P 3:37
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | VIOLATIONS: |
| vs. | 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1), Distribution of Child Pornography; |
| DUSTIN SHEA DESANTOS, | 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2), Possession of Child Pornography. |
| Defendant. | Case: 2:16cr00357<br>Assigned To : Waddoups, Clark<br>Assign. Date : 7/27/2016<br>Description: USA v. |

The Grand Jury Charges:

## COUNT I
Distribution of Child Pornography
(18 U.S.C. §§ 2252A(a)(1) and (b)(1))

Between on or about February 4, 2015 and on or about February 9, 2015, in the Central Division of the District of Utah and elsewhere,

DUSTIN SHEA DESANTOS,

defendant herein, knowingly distributed child pornography, as defined in 18 U.S.C. § 2256(8), using any means or facility of interstate or foreign commerce, or in or affecting

interstate or foreign commerce by any means, including by computer, and attempted to do so; all in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

## COUNT II
Possession of Child Pornography
(18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2))

Beginning on a date unknown and continuing until on or about April 20, 2016, in the Central Division of the District of Utah,

DUSTIN SHEA DESANTOS,

defendant herein, did knowingly possess any material which contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and which images were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer, and attempted to do so; all in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) .

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the felony offenses alleged in Counts I and II of this Indictment, which are punishable by imprisonment for more than one year, the above-named defendant shall forfeit to the United States pursuant to 18 U.S.C. § 2253(a) any and all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to:

- Apple iPhone, Serial No. BCG-E2430A

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
United States Attorney

*[signature]*
_____
HOLLY R. SHICK
Assistant United States Attorney