Kathryn N. Nester, Federal Public Defender (#13967)
Adam G. Bridge, Assistant Federal Public Defender (#14552)
OFFICE OF THE FEDERAL PUBLIC DEFENDER, DISTRICT OF UTAH
46 W. Broadway, Ste. 110
Salt Lake City, UT 84101
Telephone: (801) 524-4010 • Fax: (801) 524-4060
Email: adam_bridge@fd.org

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br><br>DUSTIN SHEA DESANTROS,<br><br>                Defendant. | APPEARANCE OF COUNSEL<br><br>Case No. 2:16-CR-357 CW |

Adam G. Bridge, Assistant Federal Defender, hereby enters his appearance as counsel for the defendant, Dustin Shea Desantros.

Dated this 29th day of July, 2016.

                              Respectfully Submitted:
                              DUSTIN SHEA DESANTROS

            By:    */s/ Adam G. Bridge*
                              Adam G. Bridge
                              Assistant Federal Public Defender