**UTAH FREEDOM FIGHTERS LLC/**
**DRUYON LAW OFFICES, P.C.**
SEAN B. DRUYON, 9199
LOGAN E. COLLINS, 16023
Attorneys for Defendant
503 West 2600 South, Suite 200
Bountiful, UT 84010
Telephone: (801) 397-2223
Facsimile: (801) 397-5495
Email: Paralegal@UtahFreedomFighters.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTIN SHEA DESANTOS,<br><br>Defendant, | **ENTRY OF APPEARANCE**<br><br>Case No.: 2:16-CR-357 CW<br><br>JUDGE CLARK WADDOUPS |

Sean Druyon, Attorney at Law, hereby enters his appearance on behalf of Defendant, Dustin Shea Desantos.


 /s/ Sean B. Druyon     January 13, 2017
SEAN B. DRUYON                Date

Attorney for Defendant