JOHN W. HUBER, United States Attorney (#7226)
ANDREA T. MARTINEZ, Assistant United States Attorney (#9313)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite #1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DUSTIN SHEA DESANTOS, Defendant. | Case No. 2:16-cr-00357 CW<br><br>MOTION TO STRIKE RESTITUTION HEARING<br><br>Judge Clark Waddoups |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby requests the Court strike the restitution hearing scheduled for August 29, 2017. A restitution hearing was scheduled to address the issue of restitution should any claims for restitution be submitted to the United States. As of this date, no claims for restitution have be submitted for consideration by the Court.

Based on the foregoing, the United States requests the restitution hearing be stricken from the calendar.

RESPECTFULLY SUBMITTED this 25th day of August, 2017.

>JOHN W. HUBER
>United States Attorney
>
>/s/ Andrea T. Martinez
>_____
>ANDREA T. MARTINEZ
>Assistant United States Attorney